# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1029. ANTONIO ROBINSON v. THE STATE.**

Antonio Robinson was convicted of armed robbery in Fulton Superior Court in 1980, and his conviction was affirmed on appeal. See *Robinson v. State*, 158 Ga. App. 54 (279 SE2d 304) (1981). It appears from the record that Robinson was released from jail and sentenced on March 11, 1995 in Muscogee County on a subsequent armed robbery charge. Since that time, Robinson has filed numerous motions in this Fulton County case challenging his conviction. In September 2018, he filed a pro se "Motion to Set Aside Attacking Illegal Conviction" citing OCGA § 9-11-60. The trial court dismissed the motion, and Robinson filed this direct appeal. We lack jurisdiction.

First, "[i]t has been held many times that a motion to set aside a judgment is inappropriate in a criminal case." *Lacey v. State*, 253 Ga. 711 (324 SE2d 471) (1985). Regardless of how it is styled, however, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Robinson is not authorized to collaterally attack

his conviction in this manner, his appeal is hereby DISMISSED. See id; see also *Harper v. State*, 286 Ga. 216, 218 (1) & (2) (686 SE2d 786) (2009).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 01/17/2019 *
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

       *Stephen E. Castlen*   *, Clerk.*